IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY CRUMP,                                    1:06-CV-1467 AWI DLB HC

        Petitioner,

   vs.                                        ORDER GRANTING MOTION TO
                                                 PROCEED IN FORMA PAUPERIS
DIRECTOR OF CORRECTIONS,
                                                 (DOCUMENT #2)
        Respondent.
_____/

     Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to
28 U.S.C. § 2254.

     Petitioner has filed an application to proceed in forma pauperis and a certified copy of
petitioner's prison trust account statement.   Examination of these documents reveals that petitioner
is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is
GRANTED.  See 28 U.S.C. § 1915.


     IT IS SO ORDERED.

  **Dated:**   __October 26, 2006__              ____/s/ **Dennis L. Beck**____
ah0l4d                                         UNITED STATES MAGISTRATE JUDGE