# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY CRUMP,<br><br>           Petitioner,<br><br>     v.<br><br>DIRECTOR OF CORRECTIONS,<br><br>           Respondent.                    / | CV F 06-1467 AWI DLB HC<br><br>SECOND ORDER DIRECTING PETITIONER TO NAME PROPER RESPONDENT<br><br>[Doc. 12] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on October 10, 2006 in the United States District Court for the Eastern District of California, Sacramento Division. The action was transferred to this Court on October 19, 2006. On October 30, 2006, the Court directed Petitioner to amend the petition to name a proper Respondent. (Court Doc. 10.) Petitioner filed a response on November 16, 2006. (Court Doc. 12.)

In his response, Petitioner states that he is currently housed at the Miramonte Conservation Camp and the officer in charge is Lieutenant R.C. Rowland. (Court Doc. 12.) As stated in the Court's October 30, 2006, order, normally, "the person having custody of an incarcerated petitioner is the warden of the prison in which the petitioner is incarcerated because the warden has 'day-to-day control over' the petitioner." Although Petitioner properly named the Officer of the Director of Corrections in his petition, Petitioner did not give the name of the

individual. Lieutenant R.C. Rowland, is neither the Warden nor the Director of Corrections, and is therefore not a proper respondent for this action. Accordingly, the Court will grant Petitioner one additional opportunity to amend the petition to name the proper respondent.

**ORDER**

Accordingly, Petitioner is GRANTED thirty (30) days from the date of service of this order in which to amend the instant petition and name a proper respondent. Failure to amend the petition and state a proper respondent will result in a recommendation that the petition be dismissed for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **November 29, 2006**             /s/ **Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE